UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NICHOLSON-LAYNE, LLC,

    Plaintiff,

v.

DRILLGEAR, INC. a/k/a DRILLGEAR USA,

    Defendant.

CIVIL ACTION
NO.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

The plaintiff Nicholson-Layne, LLC ("NL") hereby provides the following corporate disclosure statement pursuant to Local Rule 7.3:

NL is a Delaware limited liability company registered to do business in Massachusetts. Nicholson Construction Company and Layne Christensen Company are the members of NL. Nicholson Construction Company is not a publicly held company. Layne Christensen Company is a publicly held company and it owns more than 10% of NL.

PLAINTIFF NICHOLSON-LAYNE, LLC
By its attorneys,

John P. Connelly, BBO #546670
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: January 4, 2005

604906

1