UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLSON-LAYNE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRILLGEAR, INC. a/k/a DRILLGEAR USA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05CV10015MLW |

### DRILLGEAR, INC.'S LOCAL RULE 7.3
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant, Drillgear, Inc. ("Drillgear") hereby states that no publicly held corporation in the United States owns 10% or more of its stock, however, Drillgear is 100% owned by John Lawrie (Aberdeen) LTD., a privately held company based in Scotland.

Respectfully Submitted,

**DRILLGEAR, INC.**

By its attorneys,

/s/ *Jeremy Blackowicz*
Joel Lewin (BBO #298040)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000

February 22, 2005

#518736