UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLSON-LAYNE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION<br>) NO. 05CV10015MLW |
| DRILLGEAR, INC. a/k/a DRILLGEAR USA, | ) |
| Defendant. | ) |

**DRILLGEAR, INC. a/k/a DRILLGEAR USA'S
CONSENT TO REASSIGNMENT TO MAGISTRATE JUDGE**

Defendant, Drillgear, Inc. ("Drillgear"), by and through its attorneys, hereby consents to transfer of this case to a Magistrate Judge for all purposes.

DRILLGEAR, INC.

By its attorneys,

/s/ Jeremy Blackowicz
Joel Lewin (BBO #298040)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000

July 25, 2005

#518495