UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLSON-LAYNE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRILLGEAR, INC. a/k/a DRILLGEAR USA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05CV10015MLW |

### DRILLGEAR, INC. a/k/a DRILLGEAR USA'S CERTIFICATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Drillgear, Inc. a/k/a Drillgear USA ("Drillgear") and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Drillgear has conferred with its undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

/s/ Jeremy Blackowicz
Joel Lewin (BBO #298040)
Hugh J. Gorman, III (BBO #552147)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000

DATED: September 8, 2005.

#543130