UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NICHOLSON-LAYNE, LLC,

    Plaintiff,

v.

DRILLGEAR, INC. a/k/a DRILLGEAR USA,

    Defendant.

CIVIL ACTION
NO. 05CV10015MLW

## PLAINTIFF'S LOCAL RULE 16 CERTIFICATE

We, the undersigned, John P. Connelly, counsel for the plaintiff Nicholson-Layne, LLC ("NL") and the undersigned authorized representative of NL hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

_____
John P. Connelly, BBO #546670
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: September 12, 2005

_____
Thomas W. Beggs, Jr.
Authorized representative of
Nicholson-Layne, LLC

Dated: September 8, 2005

621794

- 2 -

## CERTIFICATE OF SERVICE

I, John P. Connelly, hereby certify that on this 12th day of September, 2005 I served a copy of the foregoing by first class mail, postage prepaid upon the defendant's attorneys: Joel Lewin, Esquire and Jeremy Blackowicz, Esquire, Hinckley, Allen & Snyder, LLP, 28 State Street, Boston, MA 02109.

John P. Connelly