UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLSON-LAYNE, LLC,<br><br>       Plaintiff,<br>v.<br><br>DRILLGEAR, INC. a/k/a DRILLGEAR USA,<br><br>       Defendant. | CIVIL ACTION<br>NO. 05 CV 10015 MMB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff Nicholson-Layne, LLC and the defendant Drillgear, Inc. a/k/a Drillgear USA, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree to dismiss the above-referenced matter with prejudice and without costs.

| PLAINTIFF NICHOLSON-LAYNE, LLC<br>By its attorneys, | DEFENDANT DRILLGEAR, INC. a/k/a<br>DRILLGEAR USA<br>By its attorneys, |
|---|---|
| /s/ John P. Connelly<br>John P. Connelly, BBO #546670<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 | /s/ Joel Lewin<br>Joel Lewin, BBO #298040<br>Hugh J. Gorman, III, BBO #552147<br>Jeremy Blackowicz, BBO #650945<br>HINCKLEY, ALLEN & SNYDER, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 |

Dated as of March 7, 2006

633569

CERTIFICATE OF SERVICE

    I, John P. Connelly, hereby certify that on this 14th day of April, 2006 I served a copy of the foregoing by electronic mail upon the defendant's attorneys: Joel Lewin, Esquire, Hugh J. Gorman, III, Esquire and Jeremy Blackowicz, Esquire, Hinckley, Allen & Snyder, LLP, 28 State Street, Boston, MA 02109.

                                            /s/ John P. Connelly
                                            John P. Connelly

636212_1