UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICHOLSON-LAYNE, LLC,
       Plaintiff,

v.                                                                                         CIVIL ACTION
                                                                     NO.   05-10015-MBB

DRILLGEAR, INC. a/k/a DRILLGEAR, USA,
       Defendant.

## FINAL JUDGMENT

APRIL 25, 2006

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal by the parties, it is hereby **ORDERED** and **ADJUDGED** that this action be DISMISSED with prejudice and without costs.

                                                              /s/ Marianne B. Bowler
                                                              **MARIANNE B. BOWLER**
                                                              United States Magistrate Judge